**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00640-CR

**CRAIG EVERETT HALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71883-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 28, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We have not received the trial court's findings. However, on November 14, 2014, we received an extension request from court reporter Peri Wood stating that a corrupted filed requires her to redo the transcription of voir dire. She requested an additional thirty days to file the record. In light of this information, we conclude findings are not necessary at this time. Accordingly, we **VACATE** the October 28, 2014 order requiring findings.

We **ORDER** Peri Wood, official court reporter of the 291st Judicial District Court, to file the complete reporter's record in this appeal by **DECEMBER 17, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
             JUSTICE